**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1202**

———————

CLYDE F. NEWMAN, III; GEORGE W. PARR; RICHARD
R. WEHRHEIM,

                                   Plaintiffs - Appellants,

         versus

ARC ICESPORTS & ENTERTAINMENT, INCORPORATED, a
Delaware Corporation,

                                   Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (CA-99-484-A, CA-99-485-A, CA-99-486-A)

———————

Submitted: December 20, 2000      Decided: January 23, 2001

———————

Before WILKINS and MOTZ, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

William T. Freyvogel, ADAMS, PORTER & RADIGAN, LTD., McLean, Vir-
ginia, for Appellants. Stanley J. Reed, J. Bradford McCullough,
LERCH, EARLY & BREWER, CHTD., Bethesda, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Clyde F. Newman III, George W. Parr, and Richard R. Wehrheim appeal the district court's orders denying relief on Counts I and III of their complaints and dismissing Count II without prejudice to their ability to sue in state court for severance pay. Count I of each complaint sought damages for failure to provide reasonable notice of termination. The district court dismissed these claims for reasons stated from the bench. The parties failed to provide a transcript of this proceeding. Because the employment contracts specifically provided that the employees could be terminated without notice, we affirm the denial of relief on Count I. Regarding Counts II and III of the complaints, we have reviewed the parties' briefs, the joint appendix and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Newman v. ARC Icesports & Entm't, Inc., Nos. CA-99-484-A, CA-99-485-A, CA-99-486-A (E.D. Va. Jan. 14, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2